UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| ANDRE THOMAS JOHNSON, | Civil No. 16-3331 (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| MINNESOTA DEPARTMENT OF CORRECTIONS, | |
| Defendant. | |

_____

Andre Thomas Johnson, 182345, MCF – OPH, 5329 Osgood Avenue North, Stillwater, MN 55082, *pro se*.

Peter R. Marker, **RAMSEY COUNTY ATTORNEY'S OFFICE,** 345 Wabasha Street North, Suite 120, St Paul, MN 55102-1657, for defendant.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED** that:

1. The Petition for Writ of Habeas Corpus, [Docket No. 1], is **DENIED**.

2. This action is **DISMISSED WITH PREJUDICE**.

3. No certificate of appealability is granted.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 30, 2017  
at Minneapolis, Minnesota

s/John R. Tunheim  
JOHN R. TUNHEIM  
Chief Judge  
United States District Court